STATE OF CONNECTICUT *v.* PAUL AGRESTA ET AL.

The petition by the state for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Arnold Markle,* chief prosecuting attorney, in support of the petition.

*Richard W. Pinto* and *Henry B. Rothblatt,* a member of the New York bar, in opposition.

Submitted April 11—decided June 5, 1968

STATE OF CONNECTICUT *v.* ROY F. DARWIN

The Supreme Court of the United States, on May 20, 1968, granted a motion of the petitioner for leave to proceed in forma pauperis, a petition for certiorari, and it also reversed the judgment in *State v. Darwin,* 155 Conn. 124, 230 A.2d 573, and remanded the case "for further proceedings not inconsistent with our decision herein". The opinion of the Supreme Court of the United States is reported in 391 U.S. 346, 88 S. Ct. 1488, 20 L. Ed. 2d 630.

Pursuant to, and in conformity with, the mandate of the Supreme Court of the United States, the judgment of the Superior Court is reversed, a new trial is ordered, and the case is remanded to the Superior Court for further proceedings not inconsistent with the decision of the Supreme Court of the United States of May 20, 1968, hereinbefore referred to.

Decided June 25, 1968